# United States District Court

For the

Western District of New York

ZAKKIYYA CARTER, as Pro Se

Plaintiff

-V-

CITY OF BUFFALO, et al

Defendants

**LETTER TO THE COURTS**

42 U.S.C 1983
Docket No.: 25-cv-00740

UNITED STATES DISTRICT COURT
FILED
MAY 26 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

**RE**: Request to Revisit Plaintiff's Motion for Electronic Filing Privileges/Change of Mailing Address

Dear Honorable Judge John Sinatra,

I respectfully write to request that the Court revisit Plaintiff's previously filed motion seeking permission to participate in electronic filing through CM/ECF.

Plaintiff notes that electronic service has already been authorized in this matter; however, Plaintiff's request for electronic filing privileges remains unresolved. Plaintiff respectfully submits that electronic filing would promote efficiency, ensure timely filing and receipt of documents, and reduce the likelihood of delays associated with mail service.

Additionally, Plaintiff anticipates the possibility of a future change in residence and has ongoing concerns regarding privacy and personal safety. Under these circumstances, electronic filing would assist Plaintiff in maintaining reliable communication with the Court and all parties while minimizing complications associated with physical mail delivery.

In the meantime, Plaintiff provides the following mailing address for purposes of Court correspondence:

99 Bellwood Avenue
West Seneca, New York 14224

Plaintiff respectfully requests that the Court reconsider and grant Plaintiff's request for electronic filing privileges in this action.

Thank you for the Court's time and consideration.

Respectfully submitted,

______________________________

Plaintiff Pro Se